UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| STEPHEN E. KUTYLO, | ) ED CV 11-1920-VBF (SH) |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| KATHLEEN L. DICKSON, Warden, | ) |
| Respondent. | ) |

    IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed with prejudice.

DATED: 4-25-12

*Valerie Baker Fairbank*

VALERIE B. FAIRBANK
UNITED STATES DISTRICT JUDGE

1